IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| IN RE<br><br>RICHARD LYLE WILLIAMSON, JR.,<br><br>Debtor. | District Court Case No.:<br>CV 15–87–M–DLC<br><br>Bankruptcy Case No.:<br>14–60729<br><br>Adversary Proceeding No.:<br>15–00013<br><br>ORDER<br>NUNC PRO TUNC |
| RICHARD LYLE WILLIAMSON, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | |
| UNITED STATES OF AMERICA,<br><br>Counterclaimant,<br><br>vs.<br><br>RICHARD LYLE WILLIAMSON, JR.,<br><br>Counterclaim Defendant,<br><br>and<br><br>NATHAN RICCIARDI and<br>TROYOUS RICCIARDI,<br><br>Additional Defendants<br>on Counterclaim. | |

On April 20, 2016, the Clerk of Court entered default against Counterclaim Defendants Nathan Ricciardi and Troyous Ricciardi pursuant to Federal Rule of Civil Procedure 55(a). However, despite this entry of default, no default judgment has been sought by Counterclaimant Internal Revenue Service pursuant to Federal Rule of Civil Procedure 55(b). Accordingly, the Court will order Counterclaimant Internal Revenue Service to notify the Court if it seeks a default judgment against Counterclaim Defendants Nathan Ricciardi and Troyous Ricciardi. Further, due to the lack of activity in this case, the Court will order the parties to file a joint status report indicating if this case has been informally resolved, or if a Preliminary Pretrial Conference is necessary.

IT IS ORDERED that Counterclaimant Internal Revenue Service shall notify the Court if it seeks a default judgment against Counterclaim Defendants Nathan Ricciardi and Troyous Ricciardi. This notice shall be filed on or before **January 12, 2017**.

IT IS FURTHER ORDERED that the parties shall file a joint status report indicating if this case has been informally resolved, or if a Preliminary Pretrial Conference is necessary. This joint status report shall be filed on or before **January 12, 2017**.

DATED this 22nd day of December, 2016.

Dana L. Christensen, Chief District Judge
United States District Court