IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| RICHARD LYLE WILLIAMSON, JR., Debtor, RICHARD LYLE WILLIAMSON, JR., Plaintiff, vs. UNITED STATES OF AMERICA, Defendant. | CV 15–87–M–DLC ORDER |
| UNITED STATES OF AMERICA, Counterclaimant, vs. RICHARD LYLE WILLIAMSON, JR., Counterclaim Defendant, and NATHAN RICCIARDI and TROYOUS RICCIARDI, Additional Defendants on Counterclaim. | |

This matter is before the Court on the United States' Motion for Default Judgment against Nathan Ricciardi and Troyous Ricciardi. Having considered the Motion, it is hereby ORDERED and ADJUDGED as follows:

1. The United States' Motion for Default Judgment as to Nathan Ricciardi and Troyous Ricciardi (Doc. 28) is GRANTED.

2. Defendants Nathan Ricciardi and Troyous Ricciardi have failed to plead or otherwise defend this case and are therefore deemed to have admitted the allegations in the United States' Counterclaim.

3. Defendant Nathan Ricciardi is indebted to the United States for unpaid 26 U.S.C. § 6672 assessments in amount of $57,049.58, as of February 5, 2017, plus statutory interest and other statutory additions as provided by law, pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), until paid.

4. Defendant Troyous Ricciardi is indebted to the United States for unpaid 26 U.S.C. § 6672 assessments in amount of $47,996.85, as of February 5, 2017, plus statutory interest and other statutory additions as provided by law, pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), until paid.

Dated this 16th day of May, 2017.

Dana L. Christensen, Chief Judge
United States District Court