IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| RICHARD LYLE WILLIAMSON, JR., Debtor, <br><br> RICHARD LYLE WILLIAMSON, JR., Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, Defendant. | CV 15–87–M–DLC <br><br> ORDER |
| UNITED STATES OF AMERICA, Counterclaimant, <br><br> vs. <br><br> RICHARD LYLE WILLIAMSON, JR., Counterclaim Defendant, <br><br> and <br><br> NATHAN RICCIARDI and TROYOUS RICCIARDI, Additional Defendants on Counterclaim. | |

On April 14, 2017, the United States and Richard Lyle Williamson, Jr., through counsel, filed a Stipulation for Entry of Judgment. In light of the Stipulation, it is hereby ORDERED AND ADJUDGED as follows:

1. Judgment is hereby entered in favor of the United States and against Richard Lyle Williamson, Jr. for the 26 U.S.C. § 6672 assessments at issue in this action in the amount of $57,049.53 as of February 5, 2017, plus statutory interest which continues to accrue as provided by 26 U.S.C. §§ 6601, 6621 & 6622, and 28 U.S.C. § 1961(c) and other statutory additions as provided by law.

2. Each party shall bear its own respective costs and attorney's fees incurred with respect to this litigation.

Dated this 16th day of May, 2017.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court